UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONALD CRAIG KESSACK,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | CASE NO. C05-1828Z<br>(CR89-272Z)<br><br>ORDER OF REFERENCE<br>(Petition for Writ of Error<br> Audita Querela) |

　　On October 31, 2005 petitioner filed a Petition for Writ of Error Audita Querela. Petitioner explicitly stated that this petition is not to be construed as a motion pursuant to 28 U.S.C. § 2255. The Court concludes that this action should be treated within the context of his criminal case. *See United States v. Valdez-Pacheco*, 237 F.3d 1077 (9th Cir. 2001). For administrative purposes only, this action has been assigned a civil case number.

　　The Clerk shall REFER this matter to the Honorable Monica J. Benton United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1), Local Rules MJR 3 and 4, and Fed. R. Civ. P. 72.

　　The Clerk shall direct a copy of this Order to petitioner, and to all counsel of record.

　　DATED this 21st day of November, 2005.

　　　　　　　　　　　　　　　　　　　　　　/s/ Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　　　　Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER OF REFERENCE